Douglas L. Mahaffey – Bar No. 125980
**MAHAFFEY & ASSOCIATES, PLC**
4 San Joaquin Plaza, Suite 320
Newport Beach, CA 92660
Telephone:  (949) 833-1400 / Facsimile:  (949) 263-8736
Email:  Dougm@mahaffeylaw.com

JS-6

Attorneys for Petitioning Creditors, *Joseph M. Palladino and Joseph M. Palladino,*
*in his capacity as Trustee for the Alfred Joseph Palladino 1994 Trust, Donald White,*
and *BG Operations, LLC, a California limited liability company*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**SOUTH COAST OIL CORPORATION, a Delaware corporation, Substantively Consolidated with SOUTH COAST CORPORATION, a Utah corporation,**<br><br>                    Debtor. | Case Nos.:  SACV 10-00491 JVS<br>**SACV 10-00693 JVS\*\*\***<br><br>**Assigned For All Purposes To:**<br>*Hon. James V. Selna*<br><br>**ORDER DISMISSING BANKRUPTCY APPEALS FROM AN ORDER DENYING EMERGENCY MOTIONS FOR AN ORDER DISSOLVING TEMPORARY RESTRAINING ORDER (MARCH 29, 2010 ORDER) AND FROM AN ORDER ISSUING PRELIMINARY INJUNCTION (MAY 13, 2010 ORDER)**<br><br>**HEARING:**<br>**DATE:**       N/A<br>**TIME:**       N/A<br>**COURT:**    **"10C"**<br>                    Ronald Reagan Federal Building<br>                    and United States Courthouse<br>                    411 West Fourth Street<br>                    Santa Ana, California 92701 |

**TO:    ALL    INTERESTED    PARTIES    AND    TO    THEIR    RESPECTIVE**

**ATTORNEYS OF RECORD HEREIN:**

        The appeals taken by E & B Natural Resources Management Corporation

("E&B"), Francesco Galesi, Steve Layton, Frank Ronkese, Steven J. Sogard, and

1

1    Peter Leahy (collectively "Appellants") from the United States Bankruptcy Court
2    of the Central District's (1) order denying emergency motions for an order
3    dissolving a temporary restraining order, entered on March 29, 2010 and (2) an
4    injunction entered on May 13, 2010, came on regularly for oral argument on
5    November 29, 2010 at 3:00pm before the Honorable James V. Selna, US District
6    Court Judge.

7         George B. Newhouse, Jr. appeared on behalf of Appellants.  Douglas L.
8    Mahaffey appeared on behalf of Petitioning Creditors and Appellees Joseph M.
9    Palladino, Joseph M. Palladino in his capacity as trustee for the Alfred Joseph
10   Palladino 1994 Trust, Donald White, and BG Operations (collectively "Petitioning
11   Creditors" or "Appellees").

12        Having considered the briefs filed by Appellants and Appellees and the
13   arguments of counsel, and good cause appearing therefore,

14        **IT IS HEREBY ORDERED THAT** the appeals in case nos. SACV 10-
15   00491 JVS and SACV 10-00693 JVS are **DISMISSED** for the reasons stated in
16   the Court's December 17, 2010 Minute Order, which is incorporated by this
17   reference in its entirety and made a part of this final order.

18        **IT IS FURTHER ORDERED THAT** Petitioning Creditors/Appellees shall
19   recover their costs on appeal in both cases from Appellants.

20
21
     Dated: January 6, 2011                    _____
22                                             **JAMES V. SELNA**
23                                             **UNITED STATES DISTRICT JUDGE**
24
25
26
27
28

O:\ECF Ready\In Re South Coast Oil - Order Dismissing BK Appeal.doc

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **4 San Joaquin Plaza, Suite 320, Newport Beach, California 92660**. On **January 6, 2011**, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) **ORDER DISMISSING BANKRUPTCY APPEALS FROM AN**
SERVED: **ORDER DENYING EMERGENCY MOTIONS FOR AN ORDER DISSOLVING TEMPORARY RESTRAINING ORDER (MARCH 29, 2010 ORDER) AND FROM AN ORDER ISSUING PRELIMINARY INJUNCTION (MAY 13, 2010 ORDER)**

SERVED UPON: **SEE ATTACHED SERVICE LIST**

[   ] (**BY MAIL**) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Newport Beach, California. I am readily familiar with the practice of Mahaffey & Associates for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

[   ] (**BY FACSIMILE**) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list.

[ X ] (**BY OVERNIGHT DELIVERY**) I am readily familiar with the practice of Mahaffey & Associates for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by FedEx or Overnite Express for overnight delivery or by Express Mail via the United States Postal Service.

[   ] (**BY E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[   ] (**BY PERSONAL SERVICE**) I delivered to an authorized courier or driver authorized by First Legal Support Services to receive documents to be delivered on the same date. A proof of service signed by the authorized courier shall be filed upon receipt from First Legal Support Services.

[ X ] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 6, 2011,** at Newport Beach, California.

*/s/ Stephen Rapaport*
**Stephen Rapaport**

*Order Dismissing Bankruptcy Appeals*

O:\ECF Ready\In Re South Coast Oil - Order Dismissing BK Appeal.doc

1

## **SERVICE LIST**

2

3

George B. Newhouse, Jr., Esq.
4   BROWN, WHITE & NEWHOUSE, LLP
333 South Hope Street, 40th Floor
5   Los Angeles, California 90071
Telephone:  213.613.9474 (Direct)
6   Facsimile:  866.297.6481 (Direct)
Cellular:  213.709.6387
7   Email:  gnewhouse@brownwhitelaw.com

8

*Attorneys for Third Parties and Appellants,*

9
*E&B NATURAL RESOURCES MANAGEMENT CORPORATION;*

10

*ELYSIUM WEST, LLC; FRANCESCO GALESI; STEVE LAYTON;*

11

*FRANK RONKESE; BLACKSTONE OIL & GAS, INC.; MARK S. DODGE;*

12

*JOYCE K. FAHEY; STEVEN J. SOGARD; and PETER LAHEY*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Order Dismissing Bankruptcy Appeals*

O:\ECF Ready\In Re South Coast Oil - Order Dismissing BK Appeal.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

O:\ECF Ready\In Re South Coast Oil - Order Dismissing BK Appeal.doc